IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-60409
Conference Calendar
_____


JOHNNY EARL HALL,

                                        Plaintiff-Appellant,

versus

STEVE PUCKETT; ROGER COOK;
THOMAS WILKERSON,

                                        Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 2:95-CV-374-PG
- - - - - - - - - -

February 10, 1999

Before BARKSDALE and EMILIO M. GARZA, Circuit Judges.[*]

PER CURIAM:[**]

Johnny Earl Hall, Mississippi inmate #30722, appeals from the judgment on a jury verdict and from the denial of his FED. R. CIV. P. 59(a) motion in this civil rights suit. Hall lists five issues for review. Although we liberally construe Hall's pro se brief, he fails to present this court with argument on any issue. See FED. R. APP. P. 28(a)(9); Grant v. Cuellar, 59 F.3d 523, 524-

_____

[*] This matter is being decided by a quorum. 28 U.S.C. § 46(d).

[**] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

25 (5th Cir. 1995).

Accordingly, we DISMISS his appeal for failure to prosecute. <u>See</u> 5TH CIR. R. 42.3.3, 42.3.2.